UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NICOLE DICKENS, HALEH ALLAHVERDI, HALEY BURGESS, JILLIAN BLENIS, and LILI MITCHELL,** individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**THINX, INC.**,<br><br>Defendant. | CASE NO. 1:22-cv-04286-JMF |

**UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiffs Nicole Dickens, Haleh Allahverdi, Haley Burgess, Jillian Blenis, and Lili Mitchell (collectively, "Plaintiffs"), by counsel and on behalf of themselves and the putative Class Members, submit this Unopposed Motion for Preliminary Approval of Settlement Agreement.

Plaintiffs and Defendant Thinx, Inc. ("Defendant" or "Thinx"), by counsel, have reached a proposed settlement (the "Settlement") in this class action. Plaintiffs request the Court enter an Order:

1. Preliminarily approving the Settlement;

2. Preliminarily certifying the Settlement Class;

3. Appointing proposed Class Counsel as Class Counsel and Plaintiffs as Class Representatives;

4. Approving the form and content of the Notices and Claim Forms attached as Exhibits A-E to the Settlement Agreement, which is attached as Exhibit 1 to Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement Agreement;

5. Finding that the proposed procedures for dissemination of the Notices and Claim Forms constitute the best notice practicable under the circumstances, and comply with due process and Fed. Rule Civ. P. 23;

6. Setting a date and time for the Final Approval Hearing, at which the Court will consider final approval of the Settlement, Class Certification, and Class Counsel's application for attorneys' fees and expenses and Class Representatives' application for service awards.

In support of this Motion, Plaintiffs submit herewith: (1) Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement Agreement ("Memorandum"); (2) the Settlement Agreement, which is being submitted as Exhibit 1 to the Memorandum; (3) the Joint Declaration of Proposed Class Counsel, which is being submitted as Exhibit 2 to the Memorandum; and (4) a [Proposed] Preliminary Approval Order, which is being submitted as Exhibit F to the Settlement Agreement, which is attached as Exhibit 1 to the Memorandum.

For the reasons set forth more particularly in the accompanying Memorandum and supporting exhibits, Plaintiffs request that the Court grant this Motion.

DATED:   November 22, 2022           Respectfully submitted,

/s/ Erin J. Ruben
Erin J. Ruben*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
900 W. Morgan Street
Raleigh, NC 27603
P.O. Box 12638
Raleigh, NC 27605
eruben@milberg.com

Rachel Soffin**
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
rsoffin@milberg.com

Harper T. Segui**
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
825 Lowcountry Blvd., Suite 101
Mt. Pleasant, SC 29464
hsegui@milberg.com

J. Hunter Bryson**
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
405 E 50th Street
New York, NY 10022
Tel: (630) 796-0903
hbryson@milberg.com

*Attorneys for Plaintiffs and the Class*

*\*Admitted Pro Hac Vice*
*\*\* Pro Hac Vice Forthcoming*