UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE DICKENS, HALEH ALLAHVERDI, HALEY BURGESS, JILLIAN BLENIS, and LILI MITCHELL, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THINX, INC.,<br><br>　　　　Defendant. | CASE NO. 1:22-cv-04286-JMF |

## [PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS

Plaintiffs' Unopposed Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards (the "Motion") came before the Court for hearing on May 24, 2023. The Court has considered the Motion and all other submissions and argument in connection therewith, in addition to all other papers and proceedings in this matter. The Court now hereby finds, concludes, and Orders the Motion is granted as follows:

　　1.　　Plaintiffs' Counsel are hereby awarded attorneys' fees in the amount of $1,458,713.54.

　　2.　　Plaintiffs' Counsel are hereby awarded $28,786.26 in reimbursement of costs and expenses in prosecuting this litigation.

　　3.　　Plaintiffs Nicole Dickens, Haleh Allahverdi, Haley Burgess, Jillian Blenis, and Lili Mitchell are awarded $2,500 each for their participation and contributions to this litigation and representation of and service to the Settlement Class.

1

2

4. ~~There is no just reason for delay in the entry of this Order, and immediate entry of this Order by the Clerk of Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.~~

**IT IS SO ORDERED.**

Dated: _____June 8_____, 2023

_____
HON. JESSE M. FURMAN
United States District Court
Southern District of New York

The Clerk of Court is directed to terminate ECF No. 39.